1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
23
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re Subpoena of

META PLATFORMS, INC.

_____

Underlying case:

SEAN WILSON,

                Plaintiff,

         v.

PTT, LLC, *et al*.,

                Defendants.

Cause No. C22-0091RSL

ORDER GRANTING SEAN
WILSON'S MOTION TO
COMPEL

_____

Cause No. C18-5275RSL

    This matter comes before the Court on Sean Wilson's motion to compel the production of

documents by Meta Platforms, Inc., in response to a third-party subpoena. Dkt. # 1. The motion

is GRANTED. Meta's primary argument (that it has already responded to "an identical

subpoena," Dkt. # 6 at 3) is a misstatement of the facts in the record, and its secondary argument

(that the requested production would be "tremendously burdensome" and a "hardship," Dkt. # 6

at 2 and 4) is entirely unsupported. Meta shall produce all documents responsive to Request for

ORDER - 1

1  Production Nos. 1 and 2 (Dkt. # 1-6 at 18-19) within twenty-one (21) days of the date of this

2  Order.

3

4

5          Dated this 1st day of February, 2023.

6

7                                                  *Robert S. Lasnik*
                                                   Robert S. Lasnik
8                                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

23

25

26

27

28

ORDER - 2